BAYNE et al. v. HARD et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by C. Ernest Bayne and another against Anson W. Hard and others. No opinion. Motion for leave to go to Court of Appeals granted.

BEATTIE, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Isabella Beattie against the Schenectady Railway Company.

PER CURIAM. Judgment affirmed, with costs.

KELLOGG, J., dissents.

BEGELMAN, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by Abraham Begelman against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BELL, Appellant, v. IRVINE, Respondent. (Supreme Court, Appellate Division, Third Department. March 17, 1903.) Action by Sidney Bell against Robert H. Irvine. No opinion. Order affirmed, with $10 costs and disbursements.

BELLEN, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Action by Francis Bellen against the Supreme Court of the Independent Order of Foresters. No opinion. Judgment affirmed, with costs.

In re BENNER. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) In the matter of John R. Benner, Jr. No opinion. The absolute order asked for should not be granted ex parte. The court will grant a preliminary order giving the attorney an opportunity to be heard.

BENNETT, Respondent, v. REGAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by James L. Bennett against John F. Regan, as executor, etc. No opinion. Interlocutory judgment affirmed, with costs.

BENNETT. Respondent, v. RILEY, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by George Bennett as administrator, etc., of Florence T. S. Bennett, deceased, against James Riley. No opinion. Appeal dismissed, without costs, in view of the decision in Bennett v. Riley (decided herewith) 81 N. Y. Supp. 882.

BESSENGER, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Edward Bessenger against the Metropolitan Street Railway Company. No opinion. Motion granted.

BESSENGER, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Edward Bessenger against the Metropolitan Street Railway Company. No opinion. Motion granted.

BINNINGER, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Ernest Binninger against the city of New York and the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

BLACK, Appellant, v. VANDERBILT et al., Respondents. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by E. Martin Black against William K. Vanderbilt and others. R. L. Stanton, for appellant. H. B. Anderson, for respondents.

PER CURIAM. Judgment affirmed, with costs, on the opinion delivered on the former appeal. 74 N. Y. Supp. 1095.

INGRAHAM and LAUGHLIN, JJ., dissent; LAUGHLIN, J., on the grounds stated in his former dissenting opinion. 74 N. Y. Supp. 1097.

In re BLAIR. (Supreme Court, Appellate Division, Second Department. March 26, 1903.) In the matter of the application of Charles B. Blair for admission to the bar. No opinion. Application granted.

BLISS, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) Action by Emma Bliss, as administratrix, etc., of Franklin Bliss, deceased, against the United Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BOARD OF EDUCATION (SHEEPSHEAD BAY ROAD). (Supreme Court, Appellate Division, Second Department. March 6, 1903.) In the matter of the application of the Board of Education (Sheepshead Bay Road). No opinion. Order signed.

In re BOARD OF FIRE COM'RS. (Supreme Court, Appellate Division, First Department. April 9, 1903.) In the matter of the Board of Fire Commissioners. No opinion. Reference ordered.

BOARD OF WATER COM'RS OF VILLAGE OF PHILADELPHIA, Respondent, v. QUINN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Action by the Board of Water Commissioners of the village of Philadelphia, Jefferson county, against William Quinn and others. No opinion. Order affirmed, with costs.

BOHN MFG. CO., Appellant, v. VAN DER VALDE, Respondent. (Supreme Court, Appellate Division, Second Department. March 13, 1903.) Action by the Bohn Manufacturing Company against Rose E. Van der Valde. No opinion. Judgment of the Municipal Court affirmed by default, with costs.